```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/13/25
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

ZAMBRANO PACHENCO, et al.,

        Defendant.

---

1:25-cr-76 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    Upon the *ex parte* application of Jose Manuel Guerrero-Zarate, by his attorney, Noam Biale, Esq., for an order authorizing the appointment of Krista Staropoli, Esq., an associate of the firm Sher Tremonte LLP, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

    IT IS HEREBY ORDERED, that Krista Staropoli, Esq. is appointed to assist in the representation of Jose Manuel Guerrero-Zarate in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of one hundred and ten dollars ($110) per hour.

**SO ORDERED.**

**Date: May 13, 2025**

*(signature)*

HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK