# SHER TREMONTE LLP

January 13, 2026

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    1/13/2026

The Honorable May Kay Vyskocil
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *United States v. Zambrano Pacheco et al.*, 25 Cr. 76 (MKV)

Dear Judge Vyskocil,

I represent Jose Manuel Guerrero Zarate, a defendant in the above-referenced matter. I write respectfully to request permission for my colleague, Katie Renzler, to appear on Mr. Guerrero Zarate's behalf at the status conference this Thursday, January 16, 2026. I have to be in Boston at a court appearance in the District of Massachusetts. Ms. Renzler is Counsel at my firm and was duly appointed as a CJA associate on this matter on September 29, 2025. She is familiar with the issues in the case and with our client, with whom we have discussed the purpose of this status conference and Ms. Renzler's appearance. Ms. Renzler is authorized to speak on the defense team's behalf regarding scheduling for motions and other appearances in the case.

I appreciate the Court's consideration.

Respectfully submitted,

/s/*Noam Biale*
Noam Biale

*Attorney for Jose Manuel Guerrero Zarate*

cc:     All counsel (by ECF)

**Granted. SO ORDERED.**

Date:  Jan. 13, 2026
New York, New York

Mary Kay Vyskocil
United States District Judge